# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Yvonne Becker,<br><br>               Plaintiff,<br><br>vs.<br><br>Wells Fargo & Co.; Employee Benefit Review Committee; Human Resources Committee of the Board of Directors of Wells Fargo & Co.; Ronald L. Sargent; Wayne M. Hewett; Donald M. James; Maria R. Morris; Wells Fargo Bank, National; and Galliard Capital Management,<br><br>               Defendants. | Case No. 0:20-cv-02016 (DWF/BRT) |

## [PROPOSED] ORDER

After review of the parties' submitted protective order, ECF No. \_\_, it is **HEREBY ORDERED** that the proposed protective order is entered.

Dated this \_\_\_\_\_ day of _____, 2021.

_____
Becky R. Thorson
United States Magistrate Judge