# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 20-cv-2016-DWF-BRT

**Case Title:** Yvonne Becker v. Wells Fargo & Co., et al.

### Affidavit of Movant

I, June P. Hoidal, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Scott M. Lempert, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for plaintiff Yvonne Becker in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☑ I am a resident of the State of Minnesota and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d).

___ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature:  *s/June P. Hoidal*          Date:  April 5, 2021

MN Attorney License #: 033330x

1

**Affidavit of Proposed Admittee**

I, Scott M. Lempert, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _s/Scott M. Lempert_     Date: April 5, 2021

Typed Name: Scott M. Lempert

Attorney License Number: 76765 issued by the State of Pennsylvania

Federal Bar Number (if you have one): _____

Law Firm Name: COHEN MILSTEIN SELLERS & TOLL PLLC

Law Firm Address:   1100 New York Ave. NW, Fifth Floor
                    Washington, DC 20005

Main phone: (202) 408-4600     Direct line: (202) 408-4619

E-mail address: slempert@cohenmilstein.com