## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Yvonne Becker, Christopher Nobles, and Rosa Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo & Co.; Employee Benefit Review Committee; and Wells Fargo Bank, National Association,<br><br>Defendants. | Civ. No. 20-02016 (DWF/BRT)<br><br>**ORDER** |

Before the Court is the parties' Joint Stipulation Regarding Plaintiffs' Second Amended Complaint and Limited Further Amendments (Doc. No. 175). The Court adopts only a part of the Joint Stipulation.

IT IS HEREBY ORDERED that:

On or before September 30, 2021, Plaintiffs shall file the Second Amended Complaint in the form attached as Exhibit A to the parties' Joint Stipulation Regarding Plaintiffs' Second Amended Complaint and Limited Further Amendments (Doc. No. 175-1).

The Court will hold a Zoom status conference on **October 5, 2021, at 2:15 p.m.** to better understand the parties' other joint stipulated proposals for amending the Amended Pretrial Scheduling Order to permit additional amendments to the Second Amended Complaint. To accommodate the status conference, the September 30, 2021 deadline for motions seeking to join other parties and motions seeking to amend the

pleadings will be extended briefly, to **October 12, 2021**, so that the possibility of seeking

the amendments contemplated in the Joint Stipulation can be discussed with the Court

and the deadlines do not expire before the parties have a chance to further explain their

joint proposals.

Dated: September 28, 2021                          *s/ Becky R. Thorson*
                                                   BECKY R. THORSON
                                                   U.S. Magistrate Judge