IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Yvonne Becker, Christopher Nobles, Rosa Ramirez, Valerie Seyler and Jannien Weiner,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo & Co.; Employee Benefit Review Committee; Wells Fargo Bank, National Association and John and Jane Does 1-20.<br><br>Defendants. | Civ. No. 20-2016 (DWF/BRT)<br><br><br>**ORDER ON JOINT STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO SERVE ADDITIONAL DOCUMENT REQUESTS AND RULE 45 SUBPOENAS SEEKING DOCUMENTS RELATED TO VALERIE SEYLER AND JANNIEN WEINER** |

Upon consideration of the Parties' Joint Stipulation Regarding Extension of Time For Defendants To Serve Additional Document Requests and Rule 45 Subpoenas Seeking Documents Related to Valerie Seyler and Jannien Weiner (Doc. No. 180), **IT IS HEREBY ORDERED** that Defendants' time to serve additional document requests and Rule 45 Subpoenas seeking documents related to Valerie Seyler and Jannien Weiner that stem from their respective responses to the discovery requests served on September 24, 2021, is extended by 24 days from October 1, 2021 up to and including **October 25, 2021**, and Plaintiffs' time to respond to any such additional document requests and to produce responsive, non-objectionable documents is **November 17, 2021**.

Dated: October 1, 2021

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge