IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Yvonne Becker, Christopher Nobles, Rosa Ramirez, Valerie Seyler, and Jannien Weiner,<br><br>  Plaintiffs,<br><br> v.<br><br>Wells Fargo & Co.; Employee Benefit Review Committee; and Wells Fargo Bank, National Association; and John and Jane Does 1-20,<br><br>  Defendants. | Case No. 0:20-cv-02016-KMM-BRT<br><br><br><br>**JOINT NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION FOR STAY OF ALL PROCEEDINGS** |

Plaintiffs Yvonne Becker, Christopher Nobles, Rosa Ramirez, Valerie Seyler, and Jannien Weiner (collectively, "Plaintiffs") and Wells Fargo & Company; the Employee Benefit Review Committee; and Wells Fargo Bank, National Association (collectively, "Defendants"), by and through their counsel of record, submit this joint notice to inform the Court of their agreement in principle to settle this action on a class-wide basis. The Parties have agreed to execute a settlement agreement by February 21, 2022; thereafter the Parties will contact chambers to obtain a hearing date for Plaintiffs' anticipated motion for preliminary approval of the class action settlement and the associated briefing schedule.

Pursuant to the Parties' agreement in principle, the Parties jointly stipulate and respectfully request a stay of proceedings in this action pending the execution of a written

settlement agreement and preliminary approval. Good cause exists for the Parties' request, and the Parties state the following in support thereof:

This request is made in good faith and is not interposed for improper delay purposes. No Party will be prejudiced by the granting of the requested stay, which is sought in an effort to allow completion of the Parties' settlement. The Parties agree that a stay as set forth in the Proposed Order filed contemporaneously with this Notice and Stipulation would best conserve the Parties' and Court's resources.

The requested stay will affect deadlines in the Third Amended Pretrial Scheduling Order. (Dkt. No. 227.) The Parties agree that all pending deadlines in this litigation should be postponed as part of this requested stay.

**THEREFORE, THE PARTIES STIPULATE AND MOVE THIS COURT TO ENTER AN ORDER AS FOLLOWS:**

All proceedings in this litigation are stayed pending the execution of a written settlement agreement and preliminary approval of the class action settlement. The Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 6, 2022

By:   */s/ Michelle C. Yau*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (admitted *pro hac vice*)
Scott M. Lempert (admitted *pro hac vice*)
Ryan Wheeler (admitted *pro hac vice*)
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
myau@cohenmilstein.com

slempert@cohenmilstein.com

**ZIMMERMAN REED LLP**
June P. Hoidal (MN No. 033330X)
Charles R. Toomajian (MN No. 0397879)
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
June.Hoidal@zimmreed.com
Charles.Toomajian@zimmreed.com

**KELLER ROHRBACK, LLP**
Ron Kilgard (admitted *pro hac vice*)
Erin Riley (admitted *pro hac vice*)
1201 Third Ave, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Counsel for Plaintiffs*


By:   */s/ Russell L. Hirschhorn*
**PROSKAUER ROSE LLP**
Russell L. Hirschhorn (admitted *pro hac vice*)
Myron D. Rumeld (admitted *pro hac vice*)
Deidre A. Grossman (admitted *pro hac vice*)
Joseph Clark (admitted *pro hac vice*)
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3286
rhirschhorn@proskauer.com

Tulio D. Chirinos (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
Telephone: (561) 995-4737
tchirinos@proskauer.com

Kyle Hansen (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**

3

650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4090
khansen@proskauer.com

Stephen P. Lucke
Kirsten Schubert
Nicholas J. Bullard
Andrew J. Holly
**DORSEY & WHITNEY LLP**
50 South 6th Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 343-7947
lucke.steve@dorsey.com
schubert.kirsten@dorsey.com
bullard.nick@dorsey.com
holly.andrew@dorsey.com

*Counsel for Defendants*