**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Yvonne Becker, Christopher Nobles, Rosa Ramirez, Valerie Seyler, and Jannien Weiner,

Plaintiffs,

v.

Wells Fargo & Co.; Employee Benefit Review Committee; Wells Fargo Bank, National Association; and John and Jane Does 1-20,

Defendants.

Case No. 0:20-cv-02016-KMM-BRT

**JOINT STIPULATION TO EXTEND THE DEADLINES FOR THE PARTIES TO EXECUTE A SETTLEMENT AGREEMENT AND FILE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

Plaintiffs Yvonne Becker, Christopher Nobles, Rosa Ramirez, Valerie Seyler, and Jannien Weiner (collectively, "Plaintiffs") and Wells Fargo & Company; the Employee Benefit Review Committee; and Wells Fargo Bank, National Association (collectively, "Defendants"), by and through their counsel of record, stipulate and request that the Court extend the deadline for the parties to execute a settlement agreement and to file a motion for preliminary approval of the class action settlement, as follows:

1. On January 6, 2022, the parties filed a Joint Notice of Class Action Settlement and Stipulation for Stay of All Proceedings (ECF No. 239). In that Joint Notice, the parties agreed to execute a settlement agreement by February 21, 2022 and to file a motion for preliminary approval of the class action settlement by March 21, 2022.

2. On January 11, 2022, the Court ordered that all proceedings in this action be stayed pending the execution of a written settlement agreement and preliminary approval of the class action settlement (ECF No. 241).

3. The parties have continued to diligently meet and confer in order to finalize a settlement agreement. However, as the parties explained during a status conference with Judge Thorson on February 15, 2022, the parties are awaiting class member data from Defendants' 401(k) plan recordkeeper before they can finalize a settlement agreement.

4. The parties expect that class member data to be available by February 21, 2022, and believe, with limited additional time, they will be able to execute a settlement agreement.

5. Thus, the parties jointly request that the Court extend the above deadlines to allow the parties to execute a settlement agreement by **March 8, 2022** and to file a motion for preliminary approval of the class action settlement by **April 5, 2022**.

**THEREFORE, THE PARTIES STIPULATE AND MOVE THIS COURT TO ENTER AN ORDER AS FOLLOWS:**

6. The following briefing schedule will govern the parties' anticipated settlement agreement: The parties shall execute a settlement agreement by March 8, 2022, and Plaintiffs shall file a motion for preliminary approval of the class action settlement by April 5, 2022.

Respectfully submitted,

Dated: February 16, 2022

By: *___/s/ Ryan Wheeler*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (admitted *pro hac vice*)
Ryan Wheeler (admitted *pro hac vice*)
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
myau@cohenmilstein.com
rwheeler@cohenmilstein.com

**ZIMMERMAN REED LLP**
June P. Hoidal (MN No. 033330X)
Charles R. Toomajian (MN No. 0397879)
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
June.Hoidal@zimmreed.com
Charles.Toomajian@zimmreed.com

**KELLER ROHRBACK, LLP**
Ron Kilgard (admitted *pro hac vice*)
Erin Riley (admitted *pro hac vice*)
1201 Third Ave, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Counsel for Plaintiffs*

By: *_/s/ Russell L. Hirschhorn*
**PROSKAUER ROSE LLP**
Russell L. Hirschhorn (admitted *pro hac vice*)
Myron D. Rumeld (admitted *pro hac vice*)
Deidre A. Grossman (admitted *pro hac vice*)
Joseph Clark (admitted *pro hac vice*)
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3286
rhirschhorn@proskauer.com

Tulio D. Chirinos (admitted *pro hac vice*)

**PROSKAUER ROSE LLP**
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
Telephone: (561) 995-4737
tchirinos@proskauer.com

Kyle Hansen (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4090
khansen@proskauer.com

Stephen P. Lucke
Kirsten Schubert
Nicholas J. Bullard
Andrew J. Holly
**DORSEY & WHITNEY LLP**
50 South 6th Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 343-7947
lucke.steve@dorsey.com
schubert.kirsten@dorsey.com
bullard.nick@dorsey.com
holly.andrew@dorsey.com

*Counsel for Defendants*