# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Yvonne Becker, Christopher Nobles, Rosa Ramirez, Valerie Seyler, and Jannien Weiner,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo & Co.; Employee Benefit Review Committee; Wells Fargo Bank, National Association; and John and Jane Does 1-20,<br><br>Defendants. | Civ. No. 20-2016-KMM-BRT<br><br>**ORDER ON JOINT STIPULATION TO EXTEND THE DEADLINES FOR THE PARTIES TO EXECUTE A SETTLEMENT AGREEMENT AND FILE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** |

Upon consideration of the parties' Joint Stipulation to Extend the Deadlines for the Parties to Execute a Settlement Agreement and File Motion for Preliminary Approval of the Class Action Settlement (ECF No. 244), **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation to Extend the Deadlines for the Parties to Execute a Settlement Agreement and File Motion for Preliminary Approval of the Class Action Settlement (ECF No. 244) is hereby **APPROVED**.

2. The parties' deadline to execute a settlement agreement is extended to March 8, 2022; and

3. Plaintiffs' deadline to file a motion for preliminary approval of the class action settlement is extended to April 5, 2022.

Dated: February 17, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge