**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Yvonne Becker, Christopher Nobles, Rosa Ramirez, Valerie Seyler, and Jannien Weiner,<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo & Co.; Employee Benefit Review Committee; Wells Fargo Bank, National Association; and John and Jane Does, 1-20,<br><br>Defendants. | Case No. 0:20-cv-02016 (KMM/BRT)<br><br><br><br>**CLASS ACTION** |

**LR 7.1 MEET AND CONFER STATEMENT REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**

Michelle C. Yau, representing Plaintiffs, hereby certifies that counsel for Plaintiffs met and conferred with counsel for Defendants several times from January 12, 2022 to March 31, 2022 to discuss Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Provisional Class Certification and the relief sought in the Proposed Order Preliminarily Approving the Class Action Settlement. Based on the meet-and-confer process, Defendants stated that they do not oppose to the Motion and the relief sought in the Proposed Order Preliminarily Approving the Class Action Settlement, which reflects the agreed-upon resolution that all Parties ask the Court order through entry of such Proposed Order.

Given that all Parties consent to the relief sought in Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and in the Proposed Order, Plaintiffs have confirmed that no other memoranda will be filed in connection with this Motion and it is ripe for decision.

Dated: April 1, 2022						By: */s/ Michelle C. Yau*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau, *pro hac vice*
Ryan A. Wheeler, *pro hac vice*
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
myau@cohenmilstein.com
rwheeler@cohenmilstein.com

**KELLER ROHRBACK, LLP**
Erin Riley, *pro hac vice*
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
eriley@kellerrohrback.com

**ZIMMERMAN REED LLP**
June P. Hoidal (MN No. 033330X)
Charles R. Toomajian (MN No. 0397879)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 341-0400
june.hoidal@zimmreed.com
charles.toomajian@zimmreed.com

*Counsel for Plaintiffs and the proposed Settlement Class*