**Exhibit B**



Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Russell L. Hirschhorn
Member of the Firm
d +1.212.969.3286
f 212.969.2900
rhirschhorn@proskauer.com
www.proskauer.com

April __, 2022

**By First Class Mail Return Receipt Requested**

Re:    *Yvonne Becker et al. v. Wells Fargo & Company et al.*, Case No. 0:20-cv-02016
       (KMM/BRT) (D. Minn.)

Dear Sir/Madam:

   Defendants Wells Fargo & Company, Wells Fargo Bank, National Association, and the
Employee Benefit Review Committee (collectively, "Defendants"), through their undersigned
counsel, hereby provide this notice of a Proposed Class Action Settlement in the above-
referenced matter pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715
("CAFA").  The proposed settlement will resolve the action.

   On April 1, 2022, Plaintiffs' Counsel filed a Motion for Preliminary Approval of Class
Action Settlement, attached hereto as Exhibit A, which includes the parties' Class Action
Settlement Agreement and Release (the "Settlement Agreement").  The Settlement Agreement
contemplates that the Court will certify a class, defined as:  "All Persons who were Participants
of the Plan at any time from March 13, 2014 through the date on which the Settlement becomes
Final.  Excluded from the Settlement Class are members of the Employee Benefit Review
Committee from March 13, 2014 through the date on which the Settlement becomes Final."

   In accordance with CAFA, Defendants enclose the following:

   **1.    The Complaint, any materials filed with the Complaint, and any Amended
          Complaints.**

   Plaintiffs' Class Action Complaint, Amended Class Action Complaint, and Second
Amended Class Action Complaint are attached hereto as Exhibits B–D, respectively.

Proskauer»

April __, 2022
Page 2

**2.      Notice of any scheduled judicial hearing in the class action.**

The Preliminary Approval Hearing is scheduled for April 12, 2022 at 10:00 am CST.
Once the Court schedules the Final Approval Hearing, the date of the hearing and a copy of the
Court's order will be posted on the Settlement Website to be established by the Settlement
Administrator at www.wellsfargoerisasettlement.com.

**3.      Any proposed or final notification to class members.**

The proposed Notice of Class Action Settlement submitted to the Court is attached hereto
as <u>Exhibit E</u>.  The proposed Short Form Notice of Class Action Settlement submitted to the
Court for publication in USA Today is attached hereto as <u>Exhibit F</u>.  The Short Form Notice will
also be distributed via PR Newswire to over 5,400 traditional media outlets and 4,000 national
websites.

**4.      Any proposed or final class action settlement.**

The Settlement Agreement entered into by the parties and submitted to the Court is
enclosed as Exhibit 1 to <u>Exhibit A</u> hereto.

**5.      Any settlement or other agreement contemporaneously made between class
counsel and counsel for the defendants.**

There are no agreements other than the Settlement Agreement contemporaneously made
between Plaintiffs' Counsel and counsel for the Defendants.

**6.      Any final judgment or notice of dismissal.**

Final judgment has not yet been entered.  Once the Court issues its Final Approval Order
and Judgment, a copy of the Court's order will be posted on the Settlement Website.

**7.      A reasonable estimate of the number of class members residing in each State
and the estimated proportionate share of the claims of such members to the
entire settlement.**

Attached hereto as <u>Exhibit G</u> is a table with a reasonable estimate of the number of
Settlement Class members residing in each state according to the Plan's records.  The estimated
proportionate share of the claims of such members to the Settlement is described in the Plan of
Allocation, enclosed as Exhibit 2 to <u>Exhibit A</u> hereto.



April __, 2022
Page 3

**8.      Any written judicial opinion relating to the materials described in (3) through (6).**

There are no written judicial opinions relating to the materials described in sections (3) through (6) at this time.

If you have questions about this notice, the action, or the attached materials, please do not hesitate to contact me.

Sincerely,


Russell L. Hirschhorn

Enclosures

## Statement Pursuant to 28 U.S.C. § 1715(b)(7)(B)

| State or Territory | Number of Class Members | Proportionate Recovery[1] |
|---|---:|---:|
| Alabama | 8,806 | 1.53% |
| Alaska | 1,633 | 0.28% |
| Arizona | 35,044 | 6.09% |
| Arkansas | 582 | 0.10% |
| California | 92,275 | 16.04% |
| Colorado | 13,174 | 2.29% |
| Connecticut | 3,832 | 0.67% |
| Delaware | 1,530 | 0.27% |
| Florida | 34,630 | 6.02% |
| Georgia | 15,967 | 2.78% |
| Hawaii | 473 | 0.08% |
| Idaho | 5,058 | 0.88% |
| Illinois | 9,636 | 1.67% |
| Indiana | 2,087 | 0.36% |
| Iowa | 25,961 | 4.51% |
| Kansas | 1,280 | 0.22% |
| Kentucky | 758 | 0.13% |
| Louisiana | 701 | 0.12% |

---

[1] The percentages shown represent reasonable estimates of the proportionate recovery allocable to the class members in each state.  The actual payments to class members will be determined and distributed by the Settlement Administrator in accordance with the Plan of Allocation (*see* Exhibit 2 to Exhibit A) following Final Approval of the Settlement.

| State or Territory | Number of Class Members | Proportionate Recovery[1] |
|---|---:|---:|
| Maine | 284 | 0.05% |
| Maryland | 8,298 | 1.44% |
| Massachusetts | 2,984 | 0.52% |
| Michigan | 2,442 | 0.42% |
| Minnesota | 37,435 | 6.51% |
| Mississippi | 792 | 0.14% |
| Missouri | 7,958 | 1.38% |
| Montana | 2,778 | 0.48% |
| Nebraska | 2,392 | 0.42% |
| Nevada | 7,461 | 1.30% |
| New Hampshire | 423 | 0.07% |
| New Jersey | 15,713 | 2.73% |
| New Mexico | 3,092 | 0.54% |
| New York | 12,055 | 2.10% |
| North Carolina | 64,493 | 11.21% |
| North Dakota | 1,549 | 0.27% |
| Ohio | 3,012 | 0.52% |
| Oklahoma | 702 | 0.12% |
| Oregon | 12,675 | 2.20% |
| Pennsylvania | 15,402 | 2.68% |
| Rhode Island | 262 | 0.05% |
| South Carolina | 13,769 | 2.39% |
| South Dakota | 6,343 | 1.10% |

| State or Territory | Number of Class Members | Proportionate Recovery[1] |
|---|---|---|
| Tennessee | 2,484 | 0.43% |
| Texas | 47,898 | 8.32% |
| Utah | 9,345 | 1.62% |
| Vermont | 161 | 0.03% |
| Virginia | 21,412 | 3.72% |
| Washington | 9,481 | 1.65% |
| West Virginia | 825 | 0.14% |
| Wisconsin | 5,871 | 1.02% |
| Wyoming | 808 | 0.14% |
| Guam | 21 | 0.00% |
| Puerto Rico | 37 | 0.01% |
| Washington, D.C. | 702 | 0.12% |
| U.S. Virgin Islands | 10 | 0.00% |
| International | 587 | 0.10% |