# United States District Court

District of Minnesota



Chambers of
KATHERINE M. MENENDEZ
District Judge

348 U.S. Courthouse
316 North Robert Street
St. Paul, Minnesota 55101
(651) 848-1870

Menendez_Chambers@mnd.uscourts.gov

June 3, 2022

      Re:    Becker, et al. v. Wells Fargo & Company, et al., Case No. 0:20-cv-02016

Counsel,

The Court received a letter on May 31, 2022, from a recipient of the Class Notice containing questions regarding the settlement and noting a change of address and contact information. The letter is being forwarded to the parties by way of attachment to this docket entry.

Sincerely,

*s/ Katherine M. Menendez*

Katherine M. Menendez
United States District Judge
District of Minnesota

cc:    Counsel of record (via ECF)
       Eric Petty (via email)